# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NYREE S.,

## Sep 14, 2018

SEAN F. McAVOY, CLERK

)
_____   )
*Plaintiff*                      )
v.                               )      Civil Action No.   2:17-CV-188-SAB
                                 )
COMMISSIONER OF SOCIAL SECURITY, )
                                 )
_____
*Defendant*

## CORRECTED JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____ .

✔  other:   The Court adopts Magistrate Judge Dimke's Report and Recommendation, ECF No. 18, in its entirety.
Plaintiff's Motion for Summary Judgment, ECF No. 13, is DENIED.
Defendant's Motion for Summary Judgment, ECF No. 14, is GRANTED.
Judgment is entered in favor of Defendant.

This action was *(check one)*:

❐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❐  tried by Judge _____ without a jury and the above decision
was reached.

✔  decided by Judge _____ Stanley A. Bastian _____ on motions for
    summary judgment.

Date: __September 14, 2018__

*CLERK OF COURT*

SEAN F. McAVOY
_____

s/ Virginia Reisenauer
_____
*(By) Deputy Clerk*

Virginia Reisenauer
_____